UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DONALD J. PRATOLA, | : | **CLOSED** |
| Petitioner, | : | Civil Action No. 05-1722 (FLW) |
| v. | : | **ORDER** |
| NEW JERSEY STATE PAROLE BD. et al.,, | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   2nd   day of   March  , 2006,

ORDERED that Petitioner's motion for summary judgment [docket entry #11], motion to compel the production of documents [docket entry #13], and motion to compel discovery [docket entry #21] are DENIED; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Court denies a certificate of appealability pursuant to 28 U.S.C. § 2253(c); and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

 s/Freda L. Wolfson
**FREDA L. WOLFSON, U.S.D.J.**